**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JONNA BUTLER** **PLAINTIFF**

**VS.** **NO. 5:19-cv-00273 BRW**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; and JEFFERSON HOSPITAL ASSOCIATION, INC. d/b/a JEFFERSON REGIONAL MEDICAL CENTER** **DEFENDANTS**

**PROOF OF SERVICE OF LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

Comes now the Plaintiff, Jonna Butler, by and through her undersigned attorneys, Lacy Law Firm, and for her Liberty Life Assurance Company of Boston, states:

1. Liberty Life Assurance Company of Boston was served with a Complaint and Summons, via certified/restricted delivery, according to the provisions of the Federal Rules of Civil Procedure. Said service is reflected by the attached Return Receipt from the United States Post Office showing delivery on the 26th day of August, 2019.

Dated this 4th day of September, 2019.

Respectfully Submitted,

Brandon Lacy, #03098
**LACY LAW FIRM**
630 S. Main Street
Jonesboro, AR 72401
870-277-1144
brandon@lacylawfirm.com
*Attorney for Plaintiff, Jonna Butler*

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Liberty Life Assurance Company of Boston
c/o Corporation Service Company
300 Spring Street, Suite 1900
Little Rock, AR 72201

9590 9402 2237 6193 6977 86

2. Article Number *(Transfer from service label)*

7014 1820 0002 0486 9934

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by *(Printed Name)*

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

MAIN OFFICE STATION
AUG 2 0 2019
LITTLE ROCK AR 72202

3. Service Type

☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt