**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JONNA BUTLER,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 5:19cv00273-BRW**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON;**
**and JEFFERSON HOSPITAL ASSOCIATION, INC.**
**d/b/a JEFFERSON REGIONAL MEDICAL CENTER** **DEFENDANTS**

# NOTICE OF APPEARANCE

**To the Clerk of this Court and all parties of record:**

Enter my appearance as counsel in this case for Defendant, Liberty Life Assurance Company of Boston.

I certify that I am admitted to practice in this Court.

Dated this 11th day of September 2019.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Brandon W. Lacy, Esq.
brandon@lacylawfirm.com

September 11, 2019 — /s/ Iwana Rademaekers

Date — Iwana Rademaekers