**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JONNA BUTLER,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 5:19cv00273-BRW**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON;**
**and JEFFERSON HOSPITAL ASSOCIATION, INC.**
**d/b/a JEFFERSON REGIONAL MEDICAL CENTER** **DEFENDANTS**

**JOINT STIPULATION AND MOTION TO DISMISS**
**JEFFERSON HOSPITAL ASSOCIATION, INC.WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendant Jefferson Hospital Association, Inc. d/b/a Jefferson Regional Medical Center based on the following stipulation:

It is hereby stipulated by and between Jonna Butler ("Butler") and Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), by and through their respective counsel, that Jefferson Hospital Association, Inc. d/b/a Jefferson Regional Medical Center is hereby dismissed from this action without prejudice. Liberty Life agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Jefferson Hospital Association, Inc. d/b/a Jefferson Regional Medical Center having been dismissed from the action.

Dismissal under 41(a)(1)(i) is proper since Jefferson Hospital Association, Inc. d/b/a Jefferson Regional Medical Center has not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against Jefferson Hospital Association, Inc. d/b/a Jefferson Regional Medical Center.

Dated this 11th day of September 2019.

Respectfully Submitted,

By: /s/ Brandon W. Lacy (by permission)
Brandon W. Lacy (Ark Bar # 03098)
LACY LAW FIRM
630 South Main Street
Jonesboro, AR 72401
Tel: (870) 277-1144
Fax: (870) 277-1143
Email: brandon@lacylawfirm.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Brandon W. Lacy, Esq.
brandon@lacylawfirm.com

September 11, 2019 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers