**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JONNA BUTLER,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 5:19cv00273-BRW**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON;**
**and JEFFERSON HOSPITAL ASSOCIATION, INC.**
**d/b/a JEFFERSON REGIONAL MEDICAL CENTER** **DEFENDANTS**

**JOINT MOTION REGARDING DEFENDANT'S**
**DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff Jonna Butler and Defendant Liberty Life Assurance Company of Boston ("Liberty Life"), file this Joint Motion Regarding Defendant's Deadline to Respond to Plaintiff's Complaint.

1. Plaintiff filed this lawsuit on August 20, 2019. Pursuant to the Order (Dkt 7) entered on September 11, 2019, Liberty Life must file its Answer or otherwise respond by October 7, 2019.

2. Since the previous Motion for Extension of Time was filed and granted, the Parties' counsels have been discussing a possible resolution of this matter. To facilitate the discussions, the Parties respectfully request that the Court enter an order that Defendant shall have until and including October 21, 2019 to answer or otherwise respond to Plaintiff's Complaint.

3. This Joint Motion Regarding Defendant's Deadline to Respond to Plaintiff's Complaint is not filed for purpose of delay, but only so that justice may be done.

WHEREFORE, the Parties request that the Court enter an order that Defendant shall have until and including October 21, 2019, to answer or otherwise respond to Plaintiff's Complaint.

Dated this 7th day of October 2019.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

\- AND -

By: /s/ Brandon W. Lacy

Brandon W. Lacy, Bar # 03098
LACY LAW FIRM.
630 S. Main Street
Jonesboro, AR 72401
PH: (870) 277-1144
Email: brandon@ladcylawfirm.com

ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Arkansas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Brandon W. Lacy, Esq.
brandon@lacylawfirm.com

| | |
|---|---|
| October 7, 2019 | /s/ Iwana Rademaekers |
| Date | Iwana Rademaekers |