**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JONNA BUTLER,** **PLAINTIFF**

**v.** **CIVIL ACTION NO. 5:19cv00273-BRW**

**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON** **DEFENDANT**

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Jonna Butler and Defendant Liberty Life Assurance Company of Boston file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 21st day of January 2020.

Respectfully submitted,

By: /s/ Brandon W. Lacy (by permission)
Brandon W. Lacy (Ark Bar # 03098)
**LACY LAW FIRM**
630 South Main Street
Jonesboro, AR 72401
Tel: (870) 277-1144
Fax: (870) 277-1143
Email: brandon@lacylawfirm.com

ATTORNEYS FOR PLAINTIFF

- AND -

By: /s/ Iwana Rademaekers

Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEY FOR DEFENDANT